UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Michael C Patton  
    Georgina Patton-Mondragon  
        Debtor(s)

Case No. 14-00377

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/07/2014.

2) The plan was confirmed on 03/07/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/08/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/30/2015, 06/08/2016.

5) The case was dismissed on 08/19/2016.

6) Number of months from filing to last payment: 23.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $29,607.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,540.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $11,540.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,873.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $461.06 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,334.06

Attorney fees paid and disclosed by debtor:    $127.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICASH LOANS LLC | Unsecured | 980.15 | 327.69 | 327.69 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 661.49 | 661.49 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | NA | 350.00 | 350.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Secured | 12,506.32 | 12,506.32 | 12,506.32 | 2,808.65 | 1,043.56 |
| CAPITAL ASSET RECOVERY LLC | Secured | 2,513.00 | 2,513.00 | 2,513.00 | 1,751.00 | 100.53 |
| CAPITAL ASSET RECOVERY LLC | Unsecured | NA | 161.64 | 161.64 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 545.00 | 770.24 | 770.24 | 0.00 | 0.00 |
| DEVRY INC | Unsecured | 1,500.00 | 1,665.00 | 1,665.00 | 23.48 | 0.00 |
| ECMC | Unsecured | 3,256.00 | 8,959.67 | 8,959.67 | 126.38 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | NA | 8,130.66 | 8,130.66 | 114.68 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,077.00 | 742.39 | 742.39 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 10,210.00 | 13,387.25 | 13,387.25 | 188.83 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 6,254.00 | 8,385.65 | 8,385.65 | 118.28 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 377.00 | 377.46 | 377.46 | 0.00 | 0.00 |
| GREAT LAKES FINANCE | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| I C SYSTEM INC | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CON | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/SALLIE MA | Unsecured | 6,285.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/SALLIE MA | Unsecured | 5,920.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/SALLIE MA | Unsecured | 2,847.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WEST CHICAGO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| 1ST FINL INVESTMENT FUND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION AES/WELLS FARGO | Unsecured | 5,673.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION AES/WELLS FARGO | Unsecured | 3,021.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| STELLAR REC | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| THE PAYDAY LOAN STORE OF ILLIN | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| THE PAYDAY LOAN STORE OF ILLIN | Unsecured | 1,735.15 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED | Unsecured | 1,333.00 | NA | NA | 0.00 | 0.00 |
| NORTHCASH | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| SPOT LOAN | Unsecured | 218.35 | 269.05 | 269.05 | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 1,333.00 | 1,333.38 | 1,333.38 | 18.81 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 13,002.00 | 35,587.15 | 35,587.15 | 501.96 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 25,796.66 | 25,796.66 | 363.86 | 0.00 |
| WELLS FARGO EDUCATION FINANCI | Unsecured | NA | 922.37 | 922.37 | 0.00 | 0.00 |
| WELLS FARGO EDUCATION FINANCI | Unsecured | 922.00 | 3,255.54 | 3,255.54 | 45.92 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,019.32 | $4,559.65 | $1,144.09 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$15,019.32** | **$4,559.65** | **$1,144.09** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$111,083.29** | **$1,502.20** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,334.06 |
| Disbursements to Creditors | $7,205.94 |
| **TOTAL DISBURSEMENTS** : | **$11,540.00** |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/26/2016   By: /s/ Glenn Stearns
                                                   Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**